LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*
*Eric Windham, Juan Ruiz Suazo, and*
*Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL RICHARD JARAMILLO III, individually as heir of DANIEL JARAMILLO, JR. and in his capacity as Special Administrator of the Estate of DANIEL JARAMILLO, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> WELLPATH, LLC, a foreign limited liability company; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; ELEANOR RIMANDO, individually; JUAN RUIZ SUAZO, individually; ERIC L. WINDHAM, individually; and DOES I-XX, inclusive, <br><br> Defendants. | Case No.:   2:25-cv-02606-APG-DJA <br><br> **JOINT MOTION** <br> ~~**STIPULATION**~~ **TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Defendants Las Vegas Metropolitan Police Department, Eric Windham, and Juan Ruiz Suazo ("LVMPD Defendants"), through their counsel, Kaempfer Crowell, and Plaintiff Daniel Richard Jaramillo III, through his counsel, Breeden & Associates, stipulate and agree to extend

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.330

Page 1 of 2

the time for LVMPD Defendants to respond to the Complaint (ECF No. 1-1) by seven days from the current deadline of January 5, 2026, to January 12, 2026. The parties submit that this extension of time is not brought for purposes of delay and is brought in good faith to provide necessary time to review the allegations made in the Complaint and based on recent closure of counsels' office during the January 1, 2026 holiday, and LVMPD Defendants' counsel's scheduled time out of the office on January 2, 2026, which occurred during the standard time to respond to the Complaint after removal of this case from Nevada state court on December 29, 2025.

DATED this 5th day of January, 2026.

**BREEDEN & ASSOCIATES, PLLC**
/s/ Adam J. Breeden
ADAM J. BREEDEN, ESQ.
Nevada Bar No. 008768
ALYSSA N. PIRAINO, ESQ.
Nevada Bar No. 14601
BREEDEN & ASSOCIATES, PLLC
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
Alyssa@Breedenandassociates.com
*Attorneys for Plaintiff*

DATED this 5th day of January, 2026.

**KAEMPFER CROWELL**

/s/ Kristopher J. Kalkowski
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com
*Attorneys for LVMPD Defendants*

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 5).

IT IS SO ORDERED.

DATED: 1/7/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.330

Page 2 of 2