**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**ALYSSA N. PIRAINO, ESQ.**
Nevada Bar No. 14601
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
Alyssa@Breedenandassociates.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DANIEL RICHARD JARAMILLO III, individually as heir of DANIEL JARAMILLO, JR. and in his capacity as Special Administrator of the Estate of DANIEL JARAMILLO, JR.,

Plaintiff,

v.

WELLPATH, LLC, a foreign limited liability company; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; ELEANOR RIMANDO, individually; JUAN RUIZ SUAZO, individually; ERIC L. WINDHAM, individually; and DOES I-XX, inclusive,

Defendants.

CASE NO. 2:25-cv-02606-APG-DJA

**STIPULATION AND PROPOSED ORDER TO DISMISS WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED** between Plaintiff, DANIEL RICHARD JARAMILLO III, by and through his counsel of record, ADAM J. BREEDEN, ESQ. and ALYSSA N. PIRAINO, ESQ. of BREEDEN & ASSOCIATES, PLLC, Defendants WELLPATH, LLC and ELEANOR RIMANDO, by and through their counsel of record, PAUL A. CARDINALE, ESQ. and MELANIE B. CHAPMAN, ESQ. of MEDICAL DEFENSE LAW GROUP, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JUAN RUIZ SUAZO, and ERIC L. WINDHAM,

by and through their counsel of record LYSSA S. ANDERSON, ESQ. and KRISTOPHER J. KALKOWSKI, ESQ. of KAEMPFER CROWELL, that:

**WHEREAS**, subsequent to filing the instant lawsuit, Plaintiff learned that Defendant WELLPATH, LLC has filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, case no. 24-90533, in the United States Bankruptcy Court for the Southern District of Texas;

**WHEREAS**, Defendant ELEANOR RIMANDO was an employee of Defendant WELLPATH, LLC and the claims against her in the instant action arise out of said employment;

**IT IS HEREBY STIPULATED,** in light of the above-mentioned bankruptcy proceedings, that all claims against Defendants WELLPATH, LLC and ELEANOR RIMANDO in the above-referenced matter be dismissed without prejudice;

**IT IS FURTHER STIPULATED** that this is not to be considered an adjudication on the merits;

**IT IS FURTHER STIPULATED** that nothing in this stipulation or the resulting Order waives Plaintiff's rights to assert claims in the bankruptcy proceeding;

**IT IS FURTHER STIPULATED** that this dismissal applies solely to Defendants WELLPATH, LLC and ELEANOR RIMANDO. All claims against the remaining Defendants are expressly preserved and this action shall continue as to them;

[remainder of page intentionally blank]

**IT IS FURTHER STIPULATED** each party shall bear its own attorneys' fees and costs as between Plaintiff and Defendants WELLPATH, LLC and ELEANOR RIMANDO.

**IT IS SO STIPULATED AND AGREED.**

Dated this 15th  day of January, 2026.

**BREEDEN & ASSOCIATES, PLLC**

 /s/ Alyssa N. Piraino, Esq.
_____
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**ALYSSA N. PIRAINO, ESQ.**
Nevada Bar No. 14601
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
*Attorneys for Plaintiff*

Dated this 15th day of January, 2026.

**MEDICAL DEFENSE LAW GROUP**

/s/ Melanie B. Chapman, Esq.
_____
**PAUL A. CARDINALE, ESQ.**
Nevada Bar No. 8394
**MELANIE B. CHAPMAN, ESQ.**
Nevada Bar No. 6223
2460 Professional Court, Suite 110
Las Vegas, Nevada 89128
Phone: (702) 342-1914
Fax: 916-244-9130
*Attorney for Wellpath Defendants*

Dated this 15th day of January, 2026.

**KAEMPFER CROWELL**

 /s/ Kristopher J. Kalkowki, Esq.
_____
**LYSSA S. ANDERSON, ESQ.**
Nevada Bar No. 5781
**KRISTOPHER J. KALKOWSKI, ESQ.**
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Phone: (702) 792-7000
Fax: (702) 796-7181
*Attorneys for LVMPD Defendants*

**IT IS SO ORDERED**

_____
**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT  JUDGE**

**DATED: January 16, 2026**

3